THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0217-JCC-11 |
| Plaintiff, | ORDER |
| v. | |
| KEITH SILVERSON, | |
| Defendant. | |

This matter comes before the Court on defense counsel's unopposed motion to withdraw as counsel in this case (Dkt. No. 365). Having thoroughly considered the motion and the balance of the record, the Court finds that good cause exists for Fatima Dilek to withdraw as counsel. Jennifer Horwitz will remain counsel of record. Accordingly, the motion is GRANTED.

DATED this 23rd day of June 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE