The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KETIH A. SILVERSON,<br><br>    Defendant. | Case No.: CR20-217 JCC<br><br>ORDER GRANTING MOTION TO MODIFY BOND CONDITIONS |

ORDER

THIS COURT, having reviewed the defense Motion to Modify Bond Conditions to remove location monitoring and having received information that both pretrial services and location monitoring are supportive of the modification, and hearing no objection from the government to the proposed modification,  NOW THEREFORE HEREBY ORDERS THE FOLLOWING MODIFICATIONS TO THE BOND CONDITIONS IN THIS CASE:

**Remove**:

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by

the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals**.

**Add**:

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

This modification of conditions of release is effective immediately upon issuance of this order. The defendant shall comply with all other previously imposed conditions of release.

12/15/2022
Date

United States District Judge
John C. Coughenour

Respectfully submitted this 14th day of December, 2021.

  s/ Jennifer Horwitz
Jennifer Horwitz
Attorney for KEITH A. SILVERSON
Law Office of Jennifer Horwitz, PLLC
P.O. Box 70859
Seattle, WA 98127
Telephone: (206) 799-2797
E-mail: jennifer@jenniferhorwitzlaw.com

Agreed to by:

_____
Assistant United States Attorney
Amy Jaquette
United States Attorney's Office
700 Stewart St. Suite 5220
Seattle, WA 98101
AmyJaquette@usdoj.gov

ORDER GRANTING MOTION TO MODIFY BOND- 3

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA 98127
(206) 799-2797