THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEITH SILVERSON,<br><br>    Defendant. | CASE NO. CR20-0217-JCC<br><br>ORDER |

This matter comes before the Court on the Defendant's unopposed motion to seal (Dkt. No. 497) exhibits to his sentencing memorandum (Dkt. Nos. 498, 499, 500).

The First Amendment protects the public's right of access to criminal trials. *See, e.g.*, *Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982). The public also has a common law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).

The exhibits at issue (Dkt. Nos. 498, 499, 500) contain confidential information, the disclosure of which could be harmful to the Defendant. Keeping them under seal serves a

compelling interest that is likely to be harmed if not sealed, and no less restrictive alternatives would protect the interest.

Accordingly, the Court finds good cause and the motion to seal (Dkt. No. 497) is GRANTED. The Clerk is DIRECTED to maintain Docket Numbers 498, 499, and 500 under seal.

DATED this 17th day of January 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE