The Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> KEITH SILVERSON, <br><br>  Defendant. | NO. CR20-217-JCC <br><br> [PROPOSED] <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Currency"):

1. $4,364 in United States currency, seized on or about December 16, 2020, from Defendant.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On November 30, 2022, the Court entered a Preliminary Order of Forfeiture finding the Subject Currency forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it (Dkt. No.485);

Final Order of Forfeiture - 1
*United States v. Silverson,* CR20-217-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 611). As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States reviewed the underlying investigative material and identified no potential claimants to the Subject Currency;
- The time for filing third-party claims has expired, and none were filed; and,
- The Defendant was sentenced on December 14, 2022. (Dkt. No. 507)

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Currency exists in any party other than the United States;

2. The Subject Currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the Subject Currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 11th day of December 2024.

*/s/ John C. Coughenour*

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Silverson,* CR20-217-JCC

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1  Presented By:

2  *s/ Jehiel I. Baer*
3  JEHIEL I. BAER
   Assistant United States Attorney
4  United States Attorney's Office
5  700 Stewart Street, Suite 5220
   Seattle, WA 98101
6  Phone: (206) 553-2242
   Fax: (206) 553-6934
7  Jehiel.Baer@usdoj.gov

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Final Order of Forfeiture - 3
*United States v. Silverson,* CR20-217-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970